# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| Rosanne Edwards Murphy, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 2:05-2545-CWH |
| | ) | |
| versus | ) | |
| | ) | |
| Trident Technical College, Nancy Burke, | ) | **ORDER** |
| Vice President of Student Affairs, Mr. | ) | |
| William McSweeney, Mr. Bill McSweeney, | ) | |
| Dr. McCoy, Mr. McCloy, Ms. Audrey | ) | |
| Griebe, Mr. Robert Hunter, Mr. Bob Hunter | ) | |
| | ) | |
| Defendants. | ) | |

This Court has previously held that the plaintiff's mental condition is in issue. Pursuant to Rule 17(b) and (c) of the Federal Rules of Civil Procedure, this Court deems it advisable to inquire into the plaintiff's capacity to sue. Therefore, pursuant to S.C. CODE ANN. §62-5-303(b), it is hereby ordered that Dr. Rikki Lynn Smith is appointed as examiner. At her convenience, Dr. Smith shall examine the plaintiff and report in writing to this Court by March 10, 2006. The report shall be submitted into evidence in all cases that are before this Court and concerning the plaintiff.

**AND IT IS SO ORDERED.**

_____
**C. WESTON HOUCK**
**UNITED STATES DISTRICT JUDGE**

February 10, 2006
Charleston, South Carolina