**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| Rosanne Edwards Murphy, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 2:05-2545-CWH |
| ) | |
| versus ) | |
| ) | |
| Trident Technical College, Nancy Burke, ) | **ORDER** |
| Vice President of Student Affairs, Mr. ) | |
| William McSweeney, Mr. Bill McSweeney, ) | |
| Dr. McCoy, Mr. McCloy, Ms. Audrey ) | |
| Griebe, Mr. Robert Hunter, Mr. Bob Hunter ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This Court has previously held that the plaintiff's mental condition is in issue. Pursuant to Rule 17(b) and (c) of the Federal Rules of Civil Procedure, this Court deems it advisable to inquire into the plaintiff's capacity to sue. Therefore, pursuant to S.C. CODE ANN. §62-5-303(b), it is hereby ordered that Edward K. Pritchard, III is appointed as her attorney in this matter with the powers and duties of a guardian ad litem. Ann Briks Walsh is relieved of her duties.

**AND IT IS SO ORDERED.**

_____
**C. WESTON HOUCK
UNITED STATES DISTRICT JUDGE**

March 30, 2006
Charleston, South Carolina